AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

Jennifer L. Finegan
_____
Petitioner

v.

Case No. 05-7022-CF-02[illegible]A8xx-xx
         (Supplied by Clerk of Court)

New case

Brevard County Jail Complex
_____
Respondent
(name of warden or authorized person having custody of petitioner)

FILED 2023 JUL -7 PM 1:[illegible] RACHEL M. SA[illegible] CLERK OF CIR. CT. BREVARD CO. FL

FILED 2023 JUL 17 PM 3:50 CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA ORLANDO, FL

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Jennifer L. Finegan
   (b) Other names you have used: Flatley-Lynn, Seratzki

2. Place of confinement:
   (a) Name of institution: Brevard County Jail
   (b) Address: 860 Camp rd.

   (c) Your identification number: 302 4606 - E46288

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☒ Other - explain:
   unicorperated

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention
☐ Immigration detention
☒ Detainer
☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☒ Disciplinary proceedings
☒ Other (explain): unicorperated officers arrested me

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: unicorperated BCSheriff Viera Court house, Conflict Council melbourne fl.
   (b) Docket number, case number, or opinion number: 05-2022-CF-021855A
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): a prison sentence as being an only option and the trumped up charges against me.
   (d) Date of the decision or action: 2011-2023 1,17,23, may 31st 2023, and June 19, 2023

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes   ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Darrell Sedgwick conflict counsel Viera, Cocoa P.D. Rockledge, Brevard county
       Kentucky (2) Date of filing: July 2022, 2018, 2011, Conflicts of interest
       California (3) Docket number, case number, or opinion number: 2018
       (4) Result: Nothing
       (5) Date of result:
       (6) Issues raised: Human trafficking, Abuse of Authority

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes   ☐ No

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: Brevard County Sheriffs, Rockledge Regional, 18th Supreme Court, Better Business, & AOL Credit
   (2) Date of filing: 02022
   (3) Docket number, case number, or opinion number: 
   (4) Result: none yet.
   (5) Date of result:
   (6) Issues raised: Human trafficking civil and constitutional rights being violated, 18th Amendment, privacy Act, Individuals with disabilities, Child Abuse Animal, tax evasion, fraud, and Extortion,

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☒ Yes      ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: United States Post Office
      (2) Date of filing:
      (3) Docket number, case number, or opinion number:
      (4) Result:
      (5) Date of result: General delivery
      (6) Issues raised: Fraud trafficking in stolen vehicles, people, children, fire arms, and terriost Actions.

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**
    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☒ Yes      ☐ No
    If "Yes," answer the following:
    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
       ☒ Yes      ☐ No
       Now

If "Yes," provide:
(1) Name of court: 1983 42. district of Columbia form for Relief, Viera Courthouse
(2) Case number: 2022-
(3) Date of filing:
(4) Result: none yet
(5) Date of result:
(6) Issues raised: How if after 33 days anyone else is released from County, The I have to hand out The original citation was running a Stop Sign That has been dismissed, but paid by a "Wesley Allen Yee" without premission. The original discovery has no Audio no video, no witnesss, Then 10 monthes later there is a video with no face 2 block away.

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), from seeking permission to file a second or successive Section 2255 motion to challenge this conviction or 3rd sentence? 911 call
☐ Yes    ☐ No
If "Yes," provide:
(1) Name of court: Viera Court house
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: Nelson hearings
(b) Name of the authority, agency, or court: viera court house
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: 05-2022-CF-026855Axxx-xx
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: My lawyer wont do anything I ask him, he drinks during trial, and didn't play any of the police Audio from previous trial. constantly lies in messages.

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** There were 3 911 calls placed, The officer asked me to move the truck off my parents street.

(a) Supporting facts (Be brief. Do not cite cases or law.):
I called 911 from domions, after recieving threatening messages about killing my kids, And Donny Kesser trying to rub upon me. 911 from BPD on Grissom and Canaveral Groves bulvard 3rd 911 call from my parents house

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes     ☐ No

**GROUND TWO:** The officers let my Ex with no liscense drive by after the 3rd 911 call, and was beaten so bad.

(a) Supporting facts (Be brief. Do not cite cases or law.):
I have witness to the chain of Events, my lawyer wont file any motions on my behalf. talks down to me, and ask all other questions about everyone else except my case

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes     ☐ No

**GROUND THREE:** The jail would not Even let me enter the facility until going to the hospital, because I was beaten so bad, my pulse was to low near death, drugs.

(a) Supporting facts (Be brief. Do not cite cases or law.):
Robert Santiago took me to Rockledge Regional where they didnt even do my vitals, And I was brought back hrs later by Roberts friend another Sherriff my mug shot 5/4/22 I was bruised all the way from the top of my head to the bottom of my ribcage. 3 Linda what

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes     ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** The officer told me to move my truck and there was an amazon truck at the end of the road "Wolverton had problems with Amazon robber" and it reminded me of officer Rodriquez from rockledge P.D. who was made to resign for trying to get me to give him a blow job in 2011

(a) Supporting facts *(Be brief. Do not cite cases or law.):* The officer from rockledge was made to resign, and

The 50 day speedy trial was up on June 19th 2023 and my lawyer pushed it back to another Docket Sounding aug 22, 2023 60 days out

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes        ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I am doing this on my own because the Brevard County Sherrifs keep trying to cover up thier wrong, and my lawyer does nothing to help m

**Request for Relief**

15. State exactly what you want the court to do: I would like the court to Either drop charges, or give me time served I dont deserve prison w/den I called 911 3x's and this is abuse of Authority

05.2022.TR.011464 AXXX-XX
5/8/22 unincorporated E citation
2022 AFK D5RE   169.158 20
Badge 4675 R. Santiago
316.123.2 Ran Stop sign. infraction

Page 8 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 6/6/23

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 6·6·23

*Signature of Petitioner* — Jennifer Lee Finegan

*Signature of Attorney or other authorized person, if any*